JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL REAL ESTATE INVESTMENTS, et al.<br><br>    Plaintiffs,<br><br>  v.<br>ANOTEROS, INC., et al.<br>    Defendants. | Case No. CV 12-8976 DSF (VBKx)<br><br>JUDGMENT |

Plaintiffs not having shown a basis for subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: November 14, 2012

DALE S. FISCHER
United States District Judge